UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

August 14, 2009
**DATE OF PROCEEDINGS**

**JUDGE: JOSEPH E. IRENAS**

**COURT REPORTER:** FRANK GABLE

Other(s) _____

**Docket #** CR 09-621 (JEI)

**TITLE OF CASE**:
UNITED STATES OF AMERICA
           vs.
RAFAEL MARTE
              **PRESENT**

**APPEARANCE:**
Seth Kosto, AUSA for USA
E. Alexander Jardines, Esq., for Defendant


**NATURE OF PROCEEDINGS:**         WAIVER OF INDICTMENT/PLEA HEARING


Ordered deft. sworn; deft. sworn
Waiver of indictment executed and filed.
INFORMATION filed.
PLEA:    GUILTY to Counts 1 and 2 of the INFORMATION.
Terms of plea agreement read into the record.
Ordered plea agreement approved.
Ordered plea accepted.
Ordered sentencing set for November 20, 2009 at 10:00AM in Courtroom 1.

Ordered bail continued as previously set.


Time commenced:  11:20AM     Time Adjourned:   12:10PM     Total Time:  0:50


                                                    Lawrence MacStravic
                                                    DEPUTY CLERK

**cc: Chambers**